The Supreme Court docket number is SC 16893.

*Louis R. Pepe* and *Jennifer A. Osowiecki,* in support of the petition.

*Kenneth A. Votre,* in opposition.

Decided December 19, 2002

GAIL A. CAHALY *v.* BENISTAR PROPERTY
EXCHANGE TRUST COMPANY,
INC., ET AL.

The Supreme Court docket number is SC 16892.

*Richard S. Order, Barbara A. Frederick* and *Thomas W. Edgington,* in support of the petition.

*Seth Jacoby,* in opposition.

Decided December 19, 2002

TDS PAINTING AND RESTORATION, INC. *v.* COPPER
BEECH FARM, INC.

*Wesley W. Horton, Kenneth J. Bartschi, Kimberly A. Knox, Karen L. Dowd* and *Scott R. Lucas,* in support of the petition.